| | | |
|---|---|---|
| KAITLYN RENEE KILLIAN | * | NUMBER: 661,393 |
| VERSUS | * | FIRST JUDICIAL DISTRICT COURT |
| KEVIN L. DUNBAR AND FEDERAL EXPRESS CORPORATION | * | CADDO PARISH, LOUISIANA |
| PERMANENT ASSIGNMENT | * | SECTION: B |

**PETITION FOR DAMAGES**

The petition of Kaitlyn Renee Killian, who is a resident of and is domiciled in Vivian, Caddo Parish, Louisiana, respectfully represents:

1.

The following parties, made defendants herein, are justly and legally indebted unto your petitioner, Kaitlyn Renee Killian, for the full amounts which will be required to fix and make up for what cannot be fixed including the injuries, harms, and losses she suffered, and will continue into the future to suffer, as the result of the car wreck described below, and as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the reasons and causes of action hereinafter stated:

(a) Kevin L. Dunbar, an individual of the full age of majority, who may be served at his residence located at 321 Redcliffe Street, Elizabeth, New Jersey 07206, ***via the Louisiana Long Arm Statute LSA-R.S. 13:3201, et seq***; and

(b) Federal Express Corporation, a foreign corporation, authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, C.T. Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

2.

At all times mentioned herein:

(a) Kaitlyn Renee Killian, an individual of the full age of majority, was the owner and operator of 2024 Encore automobile, bearing Louisiana license number 595GUF;

(b) Kevin L. Dunbar, was the permissive operator of a 2022 Ford E-Series Econoline cargo van, bearing Oklahoma license number 3FS700, while

PGS 5 EXH ___ MIN ✓
CC 2 CP 10" MAIL 2F N/J ___
INDEX 3 REC ___ FAX ___
W/D DOC ___ CERT MAIL ___
SERVICE 2 CIT

Rice & Kendig

#550

Caddo Parish
Filed Dec 22, 2025 4:55 PM
Breaneshia Thompson
Deputy Clerk of Court
E-File Received Dec 22, 2025 4:47 PM

661393
B

employed by, and acting within the course and scope of his employment with, and on a mission for, Federal Express Corporation;

(c) Federal Express Corporation, was the employer of defendant, Kevin L. Dunbar, and the renter of the above-described 2022 Ford E-Series Econoline cargo van; and

(d) AVIS Budget Car Rental, was the owner of the above-described 2022 Ford E-Series Econoline cargo van.

3.

The injuries, harms, and losses resulted from a car wreck that occurred on March 19, 2025, at approximately 10:50 a.m., on 7300 Huckaby Road, near Centerville Road, in Vivian, Caddo Parish, Louisiana.

4.

At the time and place and under the circumstances aforesaid, your petitioner, Kaitlyn Renee Killian, was traveling eastbound on Huckaby Road behind a Federal Express Corporation truck, which was being operated by defendant, Kevin L. Dunbar, when the defendant stopped and then suddenly, and without warning, reversed into petitioner's vehicle, causing the wreck, and resulting injuries, harms, and losses.

5.

Petitioner, Kaitlyn Renee Killian, did not cause or contribute to the cause of this car wreck in any way.

6.

At the time of the wreck, defendant, Kevin L. Dunbar, was acting within the course and scope of his employment with, and on a mission for, defendant, Federal Express Corporation.

7.

Petitioner herein shows that the wreck and resulting injuries, harms, and losses were caused by the fault of the defendant, Kevin L. Dunbar, in the following non-exclusive particulars:

(a) Failure to operate his vehicle in a careful and prudent manner;

(b) Failure to see what should have been seen, i.e. petitioner's vehicle;

(c) Improper backing;

(d) Reversing his vehicle on the roadway and striking plaintiff's vehicle;

(e) Failure to stop his vehicle prior to impact;

(f) Improper lane usage;

(g) Failure to take evasive action to avoid the wreck;

(h) Driving while distracted;

(i) Failure to obey Louisiana Statutory Laws; and

(j) For other acts and omissions to be shown at trial hereof.

8.

Petitioner herein shows the wreck and resulting injuries, harms, and losses were caused by the strict and vicarious liability of defendant, Federal Express Corporation, as follows:

(a) As the employer of Kevin L. Dunbar, who was acting in the course and scope of his employment at the time of the wreck;

(b) Failure to properly supervise and train Kevin L. Dunbar in safe driving operations;

(c) Failure to enforce company safety policies and procedures; and

(d) Other acts and omissions to be shown at trial hereof.

9.

The wreck caused petitioner, Kaitlyn Renee Killian, to suffer injuries, harms, and losses including, but not limited to, cervicalgia, lumbago with pain radiating down into her bilateral legs, decreased range of motion of the neck and back, weakness, difficulty walking, and resulting limitations in bending, lifting, activities of daily living, mobility, and recreational activities, all of which has, thus far, required cervical facet joint injections and a cervical medial branch ablation.

10.

Petitioner, Kaitlyn Renee Killian, has suffered such injuries, harms, and losses as are reasonable in the premises including, but not limited to, past and future medical

expenses, medical report charges, past and future physical pain, past and future mental anguish and distress, disability, lost wages, property damage, and loss of enjoyment of life, as a result of the above-described wreck.

11.

Petitioner shows that it will be necessary to call expert witnesses at the trial of this matter, and that the fees of such witnesses should be set by the Court and should be taxed as costs of this suit against the defendants.

12.

The amount required to restore plaintiff exceeds $75,000.00.

WHEREFORE, PETITIONER PRAYS that defendants, Kevin L. Dunbar and Federal Express Corporation, be duly cited to appear and answer this petition, and that each be served with a copy hereof;

That after necessary legal delays and due proceedings had, there would be judgment therein in favor of petitioner, Kaitlyn Renee Killian, and against the defendants, Kevin L. Dunbar and Federal Express Corporation, for the amount of money required to fix what can be fixed and make up for the injuries, harms, and losses which cannot be fixed as is reasonable in the premises including, but not limited to, past and future medical expenses, medical report charges, past and future physical pain, past and future mental anguish and distress, disability, lost wages, property damage, and loss of enjoyment of life, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings;

That the fees of expert witnesses be set by the Court and taxed as costs of this suit against the defendants; and

For all costs of this suit, and for full, general, and equitable relief for all orders and decrees necessary and proper in the premises.

Respectfully Submitted,

RICE & KENDIG, LLC

*/s/ Franeka D. Taylor*
Franeka D. Taylor – Bar No. 40070
William F. Kendig – Bar No. 17644
J. Marshall Rice – Bar No. 28980
Jason B. Nichols – Bar No. 28704
912 Kings Highway
Shreveport, Louisiana 71104
Telephone: (318) 222-2772
Facsimile: (318) 222-2770
Email: ftaylor@ricekendig.com

ATTORNEYS FOR PETITIONER

**PLEASE SERVE:**

**Kevin L. Dunbar**
321 Redcliffe Street
Elizabeth, New Jersey 07206
***via the Louisiana Long Arm Statute LSA-R.S. 13:3201, et seq***

**Federal Express Corporation**
*Through its registered agent for service of process:*
C.T. Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816